| | |
|---|---|
| 1 | ELLEN C. DOVE, Bar No. 64034 |
| | edove3136@aol.com |
| 2 | Law Offices of Ellen C. Dove |
| | 5325 Elkhorn Blvd., #160 |
| 3 | Sacramento, California  95842 |
| | Telephone:    916.331-0111 |
| 4 | Facsimile:    916.726.8576 |
| 5 | Attorneys for Plaintiff |
| | STEVEN L. LORAIN |
| 6 | |
| | ARTHUR M. EIDELHOCH, Bar No. 168096 |
| 7 | aeidelhoch@littler.com |
| | Littler Mendelson, P.C. |
| 8 | 650 California Street |
| | 20th Floor |
| 9 | San Francisco, California  94108.2693 |
| | Telephone:    415.433.1940 |
| 10 | Facsimile:    415.399.8490 |
| 11 | Attorneys for Specially Appearing Defendant |
| | SALESFORCE.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. LORAIN, | Case No. C11-4934 EMC |
| Plaintiff, | **STIPULATION REGARDING TRANSFER OF CASE FROM THE HONORABLE JUDGE CHEN AND RESPONSIVE PLEADING AND [PROPOSED] ORDER** |
| v. | |
| SALESFORCE.COM, INC., | COMPLAINT FILED:  October 5, 2011 |
| Defendant. | TRIAL DATE:  No date set. |

STIPULATION AND [PROPOSED] ORDER          Case No. C11-4934 EMC

1  IT IS HEREBY STIPULATED by and between the parties to this action, Steven Lorain,

2 through his attorney Ellen C. Dove, and Salesforce.com, now appearing through its attorney Arthur

3 M. Eidelhoch of Littler Mendelson, that the above action may and will be reassigned and transferred

4 from the Honorable Edward M. Chen.  The parties make this stipulation with regard to the

5 following:

6  Both of the parties and the Court have been advised of the existence of a conflict or potential

7 conflict of interest between the Honorable Edward M. Chen and counsel for Plaintiff and also

8 counsel for Defendant.

9  The parties understand the Court will reassign this matter.  The parties request reassignment

10 to an Article III Judge, and not a Magistrate Judge.  The parties do not by way of this stipulation

11 consent to be reassigned to a Magistrate Judge.

12  Plaintiff has a pending motion and Plaintiff would like for the briefing schedule and hearing

13 date (December 2, 2011) to remain intact, if possible.  Currently, Defendant's opposition is due on or

14 before November 14, 2011 and Plaintiff's reply is due on or before November 18, 2011.  The parties

15 will comply with those briefing deadlines.  In the event the reassigned Judge is unable to hear

16 Plaintiff's pending motion on December 2, 2011, Defendant will not object to the earliest new

17 hearing date the Court can assign, provided that the parties will meet and confer to ensure that

18 counsel are available.

19  Defendant's responsive pleading shall be filed on or before November 23, 2011.  The parties'

20 stipulation in this regard does not alter the date of any hearing or deadline set by the Court.

21  It is Plaintiff's position that time is of the essence as to a potential impending termination of

22 his COBRA benefits on December 31, 2011.

23 Dated: November 14, 2011      Respectfully submitted,

                   */s/ Ellen C. Dove*
                   Ellen C. Dove
                   Law Offices of Ellen C. Dove
                   Attorneys for Plaintiff
                   STEVEN L. LORAIN

I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN IT.

Dated: November 14, 2011          Respectfully submitted,

*/s/ Arthur M. Eidelhoch*
Arthur M. Eidelhoch
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Specially Appearing Defendant
SALESFORCE.COM, INC.

**IT IS SO ORDERED**

Consistent with the parties' Stipulation, notice regarding reassignment of this case and the hearing date for the above-referenced motion shall be forthcoming from the Court.

Dated: _____, 2011

By: _____
The Honorable Edward M. Chen
United States District Judge

Firmwide:105144586.1 068297.1003