**Law Offices of Ellen C. Dove**
Ellen C. Dove   SBN 64034
5325 Elkhorn Blvd., #160
Sacramento, CA  95842
Telephone (916) 331-0111
Facsimile (916) 726-8576
Email edove3136@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN L. LORAIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>SALESFORCE.COM, a corporation<br><br>          Defendant. | Case No.:  11-cv-04934 JCS<br><br>DECLARATION OF ELLEN C. DOVE |

I, ELLEN C. DOVE, declare as follows:

1.  I am an attorney duly licensed to practice law in the State of California and in the Northern District of California.  I am the attorney of record for the Plaintiff, Steven Lorain, in this matter.

2.  Shortly after I was contacted by opposing counsel from the Littler Mendelson lawfirm, Arthur Eidelhock informed me Rachel Courtney, who is the in house counsel of his client, Salesforce.com, is married to an investment advisor who has some business relationship with the Honorable Judge Edward Chen.  I told

- 1 -
DECLARATION OF ELLEN C. DOVE

him immediately I would be uncomfortable with that circumstance. We then began discussing whether this was a case suitable for hearing only by the assigned Magistrate.

    3.   Last week I met with an individual in Sacramento who requested I review a lease on a commercial property. We discussed his retaining me to negotiate a new lease or a modification of the existing lease. During the conversation he informed me the principal owner of the property was a federal judge in San Francisco. In response to my next question, I learned the landlord was Judge Chen. I informed my client of the coincidence. He asked me to represent him in the anticipated negotiations nonetheless. I believe it would be most awkward to be having these important discussions with the agent of a Judge who was presiding over a pending case, particularly one that is as important as this one is to my client, Mr. Lorain.

    4.   I have heard only good things about Judge Chen and would not wish to have him recused if it were not for the above conflicts potential.

    I declare the foregoing is true under penalty of perjury under the laws of the United States and the State of California. Executed this 16th day of November, 2011, at Sacramento, CA.

                                        /s/ Ellen C. Dove
                                        ELLEN C. DOVE